THE PEOPLE OF THE STATE OF NEW YORK ex rel. GOVERNOR CLINTON CO., INC., Respondent, *v.* WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, et al., Appellants. (Three Proceedings.)

Argued March 17, 1942; decided April 23, 1942.

*William C. Chanler, Corporation Counsel (Alfred T. White* and *Arthur A. Segall* of counsel), for appellants.

*John Kadel* and *Nicholas R. Jones* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.